大成 DENTONS

Jonathan Hong
Associate

jonathan.hong@dentons.com
D +1 212-398-8797

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2025
```

August 27, 2025

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Jones v. Weby Corp., Case No. 1:25-cv-02692-MKV

Dear Judge Kay Vyskocil:

We represent defendant Weby Corp. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we request that the Court stay Defendant's Deadline to respond to the complaint scheduled for August 29, 2025 to October 14, 2025. (Dkt # 12).

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Jonathan S. Hong*
Jonathan S. Hong

cc:   All counsel of record (by ECF)

---

**Defendant's deadline to respond to the complaint is ADJOURNED from August 29, 2025 to October 14, 2025.**

**SO ORDERED.**

Date: 8/27/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---